UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   8:24-cv-00245-JVS(ADSx)                    Date   May 02, 2024

Title   MBM Paint, Inc. et al v. Miller Paint Co., Inc.

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   [IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial**                          **July 15, 2025  at 8:30 a.m.**
**Final PreTrial Conference**   **June 30, 2025 at 11:00 a.m.**
  File PreTrial Documents not later than June 23, 2025
  File motions in limine not later than June 02, 2025
**Discovery Cut-off**            **January 20, 2025**
**Expert Discovery Cut-off**    **March 03, 2025**
  Initial disclosure of Experts not later than January 31, 2025
  Rebuttal disclosure of Experts not later than February 14, 2025
**Law and Motion Cut-off**      **May 27, 2025  at 8:30 a.m.**
  Motions to be filed and served not later than April 28, 2025

Counsel inform the Court in the Rule 26f report that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR 3, private mediation.   The Court orders that any settlement discussions shall be completed not later than May 01, 2025.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for May 6, 2024  at 10:30 a.m. is VACATED.**

cc: ADR Coordinator