The Court will consider adjusting any dates other than the trial and pretrial dates.  JVS December 23, 2024

**DENIED**

BY ORDER OF THE COURT

FILED
CLERK, U.S. DISTRICT COURT
12/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBM PAINT, INC., a Nevada corporation; MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MILLER Paint Co. Inc., <br><br> Defendant. | Case No.: 8:24-cv-00245-JVS-ADS <br><br> Assigned to:  Hon. James V. Selna <br><br> **[PROPOSED] AMENDED SCHEDULING ORDER [31]** |

1

AMENDED SCHEDULING ORDER

GOOD CAUSE APPEARING, the Court hereby grants the Parties' Joint *Ex Parte* Application to Continue Trial and Related Dates and orders the following:

| Deadline | Current Schedule | New Schedule |
|---|---|---|
| Fact discovery cutoff | January 20, 2025 | May 23, 2025 |
| Initial expert witness disclosures | January 31, 2025 | May 30, 2025 |
| Rebuttal expert witness disclosures | February 14, 2025 | June 13, 2025 |
| Expert discovery cutoff | March 3, 2025 | July 3, 2025 |
| Dispositive motion deadline | April 28, 2025 | August 25, 2025 |
| Settlement conference | May 1, 2025 | August 29, 2025 |
| Law and motion cutoff | May 27, 2025 | September 22, 2025 |
| Motions in limine filing deadline | June 2, 2025 | September 29, 2025 |
| Pretrial documents filing deadline | June 23, 2025 | October 20, 2025 |
| Final pretrial conference | June 30, 2025, at 11:00 a.m. | October 27, 2025 at 11 a.m. |
| Trial | July 15, 2025 at 8:30am | November 11, 2025, at 9:00 a.m. |

**IT IS SO ORDERED.**

**DENIED**

Date:_____   _____
**BY ORDER OF THE COURT**

**HON JAMES V. SELNA**
**UNITED STATE JUDGE**

AMENDED SCHEDULING ORDER