# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MBM PAINT, INC., a Nevada corporation; MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD., | Case No.: 8:24-cv-00245-JVS-ADS |
|---|---|
| Plaintiffs, | Assigned to: Hon. James V. Selna |
| v. | **AMENDED SCHEDULING ORDER [33]** |
| MILLER Paint Co. Inc., | |
| Defendant. | |

GOOD CAUSE APPEARING, the Court hereby grants the Parties' Joint *Ex Parte* Application to Continue Trial and Related Dates and orders the following:

| Deadline | Current Schedule | Proposed Schedule |
|---|---|---|
| Fact discovery cutoff | January 20, 2025 | May 23, 2025 |

| Initial expert witness disclosures | January 31, 2025 | May 30, 2025 |
|---|---|---|
| Rebuttal expert witness disclosures | February 14, 2025 | June 13, 2025 |
| Expert discovery cutoff | March 3, 2025 | June 27, 2025 |
| Dispositive motion deadline | April 28, 2025 | July 1, 2025 |
| Settlement conference | May 1, 2025 | July 25, 2025 |
| Law and motion cutoff | May 27, 2025 | July 29, 2025 |
| Motions in limine filing deadline | June 2, 2025 | August 4, 2025 |
| Pretrial documents filing deadline | June 23, 2025 | August 25, 2025 |
| Final pretrial conference | June 30, 2025, at 11:00 a.m. | September 2, 2025, at 8:30 a.m. |
| Trial | July 15, 2025, at 8:30am | September 16, 2025, at 8:30 a.m. |

**IT IS SO ORDERED.**

Date: January 31, 2025

_____
**HON JAMES V. SELNA
UNITED STATE JUDGE**