# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBM PAINT, INC., a Nevada corporation; MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MILLER PAINT CO., INC., an Oregon corporation,<br><br>Defendant. | Case No. 8:24-cv-00245-JVS-ADS<br><br>Assigned to: Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: June 23, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Fact Discovery Cutoff: May 23, 2025<br>Final Pre-Trial Conf.: Sept. 2, 2025<br>Trial: Sept. 16, 2025 |

1

Pursuant to Federal Rules of Civil Procedure, Rules 15 and 16, Plaintiffs MBM PAINT, INC. and MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD. (collectively, "Plaintiffs") filed a motion to amend the Scheduling Order (Dkt. 34) and for leave to file a First Amended Complaint (the "Motion"), which came on regularly for consideration before this Court on June 23, 2025 at 1:30 p.m.

After considering the moving, opposition and reply briefs, the evidence submitted by the parties, and the arguments presented by the parties' respective counsel, this Court finds that the Motion is GRANTED as follows:

1. Plaintiffs shall file the First Amended Complaint attached as Exhibit A to the Motion within three (3) court days of this Order.

2. The Scheduling Order (Dtk. 34) is amended as follows:

| Deadline | Current Schedule | Amended Schedule |
| --- | --- | --- |
| Fact discovery cutoff | May 23, 2025 | January 16, 2026 |
| Initial expert witness disclosures | May 30, 2025 | January 23, 2026 |
| Rebuttal expert witness disclosures | June 13, 2025 | February 6, 2026 |
| Expert discovery cutoff | June 27, 2025 | February 18, 2026 |
| Dispositive motion deadline | July 1, 2025 | February 23, 2026 |
| Settlement conference | July 25, 2025 | March 20, 2026 |
| Law and motion cutoff | July 29, 2025 | March 23, 2026 |
| Motions in limine filing deadline | August 4, 2025 | March 30, 2026 |
| Pretrial documents filing deadline | August 25, 2025 | April 20, 2026 |

| | | |
|---|---|---|
| Final pretrial conference | September 1, 2025 at 11 a.m. | April 27, 2026 at 11 a.m. |
| Trial | September 16, 2025, at 8:30 a.m. | May 5, 2026, at 8:30 a.m. |

**IT IS SO ORDERED.**

Date: _____         _____
**JAMES V. SELNA**
**UNITED STATE JUDGE**