1  **O'HAGAN MEYER LLP**
2  JOHNNY L. ANTWILER (SBN 288772)
   SAMUEL Y. EDGERTON, III (SBN 127156)
3  2615 Pacific Coast Highway, Suite 300
   Hermosa Beach, CA 90254
4  Telephone: (310) 807-1100
5  jantwiler@ohaganmeyer.com
   sedgerton@ohaganmeyer.com
6  Attorneys for Defendant MILLER PAINT CO., INC.

7  **CHATOW LAW, PC**
   MARK E. CHATOW (SBN 263481)
8  23 Corporate Plaza Drive, Suite 150
   Newport Beach, California 92660
9  Telephone:  (949) 478-8393
10 mchatow@chatow.com

11 **McKOWN BAILEY**
   AARON M. McKOWN (SBN 208781)
12 520 Newport Center Drive, Suite 470
   Newport Beach, CA 92660
13 Telephone: (949) 858-3200
14 aaron@mckownbailey.com
   Attorneys for Plaintiffs MBM PAINT, INC.,
15 MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL
   CO. LTD.
16
                    **UNITED STATES DISTRICT COURT**
17
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
18
                            **SOUTHERN DIVISION**
19

| | |
|---|---|
| 20  MBM PAINT, INC., a Nevada corporation; MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> MILLER PAINT CO., INC., an Oregon corporation, <br><br> Defendant. | Case No.: 8:24-cv-00245-JVS-ADS <br><br> Assigned to:  Hon. James V. Selna <br><br> **JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** <br><br> Complaint Filed: February 5, 2024 <br> Trial Date: September 16, 2025 |

1
JOINT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

Plaintiffs MBM Paint, Inc. ("MBM") and Mile (Zhuhai) Environment Construction Material Co. Ltd. ("MILE") (collectively, "Plaintiffs") and Defendant Miller Paint Co., Inc. ("Miller" or "Defendant") (collectively, "the Parties") hereby stipulate as follows:

WHEREAS, on February 5, 2024, Plaintiffs filed this action. Dkt. 1.

WHEREAS, the Court entered its first Scheduling Order on May 2, 2024. Dkt. 21.

WHEREAS, the Parties submitted a joint stipulation and request to continue pretrial deadlines and the trial date on December 29, 2024. Dkt. 31.

WHEREAS, the Court granted the Parties' request and entered an order continuing the pretrial deadlines and trial date on January 20, 2025, setting the following dates:

- Fact discovery cutoff: May 23, 2025;
- Initial expert witness disclosures: May 30, 2025;
- Rebuttal expert witness disclosures: June 13, 2025;
- Expert discovery cutoff: June 27, 2025;
- Dispositive motion deadline: July 1, 2025;
- Settlement conference: July 25, 2025;
- Law and motion cut-off: July 29, 2025;
- Motions in limine filing deadline: August 4, 2025;
- Pretrial documents filing deadline: August 25, 2025;
- Final pretrial conference: September 2, 2025, at 8:30 a.m.; and
- Trial: September 16, 2025, at 8:30 a.m.

Dkt. 34.

WHEREAS, the parties mutually agreed to extend the fact and expert discovery dates by several weeks because, notwithstanding the parties' diligent efforts to complete fact discovery, they have not been able to do so based on the current deadlines in this case.

1  WHEREAS, on April 12, 2025, Parties filed a joint stipulation to compel
2  production from Defendant, which was set to be heard on May 14, 2025, at 10:00
3  a.m. Dkt. 37.
4  WHEREAS, the Parties continue to exchange documents in the thousands of
5  pages. Plaintiffs produced documents on April 16, 2025 in response to November
6  2024 requests, and Defendants released additional documents on April 28, 2025 in
7  response to September 2024 requests.
8  WHEREAS, on May 16, 2025, the Court partially granted the Parties' joint
9  stipulation compelling production from Defendant. Dkt. 42.
10 WHEREAS, Plaintiffs are seeking to amend the Complaint to add both new
11 causes of action and new parties following Defendant's document production on
12 April 28, 2025, and filed a Motion to Amend the Scheduling Order and for Leave to
13 File First Amended Complaint. Dkt. 43.
14 WHEREAS, the potential addition of new parties may necessitate the need
15 for new counsel to represent any new parties.
16 WHEREAS, the Parties have scheduled a mediation for June 11, 2025.
17 WHEREAS, the Parties are unable to complete necessary fact and expert
18 discovery, including the depositions of key witnesses, under the current discovery
19 deadlines.
20 WHEREAS, the parties previously agreed to a continuance of all discovery
21 related deadlines, the parties further agree to a need for a continuance of trial and all
22 pretrial deadlines to allow the parties adequate time to complete document
23 production, depositions, and further fact and expert discovery.
24 WHEREAS, in light of the foregoing, good cause exists for a continuance of
25 fact and expert discovery deadlines, to allow the parties adequate time to collect and
26 review documents and complete their productions, analyze the information therein,
27 supplement or amend their written discovery responses accordingly, identify all
28 necessary deponents, prepare for and take such depositions, productively participate

in mediation and a settlement conference, identify and replace necessary experts and complete expert discovery, and prepare for dispositive motions and trial;

WHEREAS, the parties jointly seek a continuance in good faith and not for delay or any other improper purpose;

WHEREAS, this is the Parties' second request for a continuance in this case;

NOW THEREFORE, IT IS HEREBY STIPULATED, and the parties respectfully request that the Court continue fact and expert discovery deadlines as follows or as otherwise set by the Court.

| Deadline | Current Schedule | Amended Schedule |
|---|---|---|
| Fact discovery cutoff | May 23, 2025 | January 16, 2026 |
| Initial expert witness disclosures | May 30, 2025 | January 23, 2026 |
| Rebuttal expert witness disclosures | June 13, 2025 | February 6, 2026 |
| Expert discovery cutoff | June 27, 2025 | February 18, 2026 |
| Dispositive motion deadline | July 1, 2025 | February 23, 2026 |
| Settlement conference | July 25, 2025 | March 20, 2026 |
| Law and motion cutoff | July 29, 2025 | March 23, 2026 |
| Motions in limine filing deadline | August 4, 2025 | March 30, 2026 |
| Pretrial documents filing deadline | August 25, 2025 | April 20, 2026 |
| Final pretrial conference | September 1, 2025 at 11 a.m. | April 27, 2026 at 11 a.m. |
| Trial | September 16, 2025, at 8:30 a.m. | May 5, 2026, at 8:30 a.m. |

**IT IS SO STIPULATED.**

DATED: May 23, 2025                                O'HAGAN MEYER

By: /s/ Johnny L. Antwiler
JOHNNY L. ANTWILER
Attorney for Defendant
MILLER PAINT CO. INC.

DATED: May 23, 2025                                McKOWN BAILEY

By: /s/ Aaron McKown
Aaron M. McKown
Attorney for Plaintiffs
MBM PAINT, INC.; MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD.

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 23, 2025                                O'HAGAN MEYER

By: /s/ Johnny L. Antwiler
JOHNNY L. ANTWILER
Attorney for Defendant,
MILLER PAINT CO. INC.