1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MBM PAINT, INC., a Nevada corporation; MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>MILLER PAINT CO., INC., an Oregon corporation,<br>　　　　　　Defendant. | Case No.: 8:24-cv-00245-JVS-ADS<br><br>Assigned to: Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE [44]**<br><br>Complaint Filed: February 5, 2024<br>Trial Date: September 16, 2025 |

　　　On May 23, 2025, Plaintiffs MBM Paint, Inc. ("MBM") and Mile (Zhuhai) Environment Construction Material Co. Ltd. ("MILE") (collectively, "Plaintiffs") and Defendant Miller Paint Co., Inc. ("Miller" or "Defendant") (collectively, "the Parties") filed their Joint Stipulation to Continue Pretrial Deadlines and Trial Date.

　　　The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** the following deadlines

1

and trial date:

| Deadline | Current Schedule | Amended Schedule |
|---|---|---|
| Fact discovery cutoff | May 23, 2025 | January 16, 2026 |
| Initial expert witness disclosures | May 30, 2025 | January 23, 2026 |
| Rebuttal expert witness disclosures | June 13, 2025 | February 6, 2026 |
| Expert discovery cutoff | June 27, 2025 | February 18, 2026 |
| Dispositive motion deadline | July 1, 2025 | February 23, 2026 |
| Settlement conference | July 25, 2025 | March 20, 2026 |
| Law and motion cutoff | July 29, 2025 | March 23, 2026 |
| Motions in limine filing deadline | August 4, 2025 | March 30, 2026 |
| Pretrial documents filing deadline | August 25, 2025 | April 20, 2026 |
| Final pretrial conference | September 2, 2025, at 8:30 a.m. | April 27, 2026, at 11 a.m. |
| Trial | September 16, 2025, at 8:30 a.m. | May 5, 2026, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: May 27, 2025

HON. JAMES V. SELNA
United States District Judge