JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MBM PAINT, INC., a Nevada corporation; MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>MILLER Paint Co., Inc., an Oregon corporation; STEVE DEARBORN, an individual; and JASON PALUMBIS, an individual<br><br>Defendants. | Case No. 8:24-cv-00245-JVS-ADS<br><br>JUDGE: Hon. James V. Selna<br>DEPARTMENT: 10C<br>COMPLAINT DATE: February 5, 2024<br><br>**ORDER RE JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION** [80]<br><br>FPC DATE: 04/27/2026<br>TRIAL DATE: 05/05/2026 |

## NOTICE OF SETTLEMENT

Plaintiffs MBM PAINT, INC.,and MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD, and Defendants MILLER Paint Co., Inc.;

STEVE DEARBORN, an individual; and JASON PALUMBIS, an individual, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendants can fully perform their duties as required under the settlement agreement. It is estimated that Defendants will fully perform their duties on or before April 6, 2026. Upon Defendants' completion of their duties (as mandated under the settlement agreement) and within 10 days after said completion, Defendant will file with this Court a notice of dismissal with prejudice to be signed by counsel for all Parties.

Agreed and Hereby Stipulated,

*/s/Mark Chatow*
Mark E. Chatow (SBN 263481)
**CHATOW LAW, PC**
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (949) 478-8393
Email:   mchatow@chatow.com

*/s/Aaron McKown*
Aaron McKown (SBN 208781)
**McKOWN BAILEY**
520 Newport Center Dr., Suite 470
Newport Beach, CA 92660
Telephone: (949) 858-3200
Email: aaron@mckownbailey.com
Email: aaron@mckownbailey.com
Attorneys for Plaintiffs,
MBM Paint, Inc., Mile (Zhuai) Environment. Construction Material Co. Ltd.

*/s/ Kathleen Hartman*
Kathleen M. Hartman (Bar No. 219934)
**CALLAHAN, THOMSON SHERMAN CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Telephone: 949-261-2872
Fax: (949) 261-6060

Attorneys for Defendants Miller Paint Co., Inc. and Jason Palumbis

*/s/ Michael Ruocco*
Michael Ruocco (SBN 297414)
**FREEMAN MATHIS & GARY, LLP**
1969 East Grand Ave. Suite 1260
El Segundo, CA 90245
Tel.: (213) 615-7000
Attorneys for Defendant Steve Dearborn

1

JOINT NOTICE OF SETTLEMENT AND ORDER TO RETAIN JURISDICTION

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for 60 day's time to allow for Defendant to fulfill its duties under the Parties settlement agreement.

**IT IS SO ORDERED.**

Dated: March 10, 2026

_____
HON. JAMES V. SELNA
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                    ) ss
COUNTY OF ORANGE    )

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled action; my business address is_23 Corporate Plaza Dr. Suite 150, Newport Beach, CA 92660.

On March 9, 2026, I served the foregoing document described as JOINT NOTICE OF SETTLEMENT AND PROPOSED ORDER TO RETAIN JURISDICTION on the interested parties in said action as follows:

**[SEE ATTACHED SERVICE LIST]**

[ ] **[VIA MAIL]** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **[VIA ELECTRONIC TRANSMISSION** I caused the document to be sent from email address, wcassidy@mckownbailey.com , to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ] **[VIA CM/ECF]** Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on the parties on the service list for the above entitled case.

[  ] **[VIA PERSONAL SERVICE]** I personally served the foregoing document(s) by leaving a true copy thereof at the address listed above between the hours of 9:00 a.m. and 5:00 p.m.

[ ] **[VIA FEDERAL EXPRESS]** I enclosed the documents in a Federal Express envelope or package provided by Federal Express and addressed to the persons at the addresses listed above. I caused the envelope or package to be placed in the ordinary location at my office for pickup by Federal Express and it was picked up at the regularly scheduled daily time.

    I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 9, 2026, at Newport Beach, CA.

By:   */s/Mark E. Chatow*

**SERVICE LIST**
*MBM PAINT, INC. v. MILLER PAINT CO., INC., et al.*

Case No.: 8:24-cv-00245-JVS-ADS

| | |
|---|---|
| Aaron McKown (SBN 208781)<br>**McKOWN BAILEY**<br>Attorneys for Defendants<br>Newport Beach, CA 92660<br>Telephone: (949) 858-3200<br>Email: aaron@mckownbailey.com | Attorneys for Plaintiffs<br>MBM PAINT, INC. and MILE (ZHUHAI) ENVIRONMENT CONSTRUCTION MATERIAL CO. LTD. |
| Kathleen M. Hartman (Bar No. 219934)<br>CALLAHAN, THOMSON SHERMAN CAUDILL, LLP<br>2601 Main Street, Suite 800<br>Irvine, California 92614<br>Telephone: 949-261-2872<br>Fax: (949) 261-6060<br><br>Email: khartman@ctsclaw.com | Attorneys for Defendants MILLER PAINT CO., INC. and JASON PALUMBIS |
| Michael V. Ruocco, Esq.<br>Victoria C. Vasko, Esq.<br>FREEMAN MATHIS & GARY, LLP<br>1960 E. Grand Ave., Suite 1260<br>El Segundo, CA 90245<br><br>T: (213) 615-7000<br>F: (833) 264-2083<br>Email: mruocco@fmglaw.com<br>        connie.sulkerhall@fmglaw.com<br>        victoria.vasko@fmglaw.com | Attorneys for Defendant STEVE DEARBORN |